FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2022 FEB 23 PM 2: 36

UNITED STATES OF AMERICA

v.

CASE NO. 6:22-cr-26-CEM-GJK
18 U.S.C. § 2422(b)

WILLIAM DANIEL LEONARD

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about November 12, 2021, through on or about December 7, 2021, in the Middle District of Florida, and elsewhere, the defendant,

**WIILLIAM DANIEL LEONARD**,

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who the defendant believed had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, specifically: Florida Statue § 800.04(4)(a) and Florida Statute § 794.05.

In violation of 18 U.S.C. § 2422(b).

### FORFEITURE

1.  The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2428.

2.  Upon conviction of a violation of 18 U.S.C. § 2422(b), the defendant

shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

    a.    any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

    b.    any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3.    The property to be forfeited includes, but is not limited to, the following: A Gray Alcatel Flip-Style, International Mobile Equipment Identifier (IMEI) 015695009389487, Tracfone Model A406DL; LG Cellular Telephone, Model Number LG-L158VL, (IMEI) 358007086359406; a Lenovo Laptop Computer, Model Name 81A7, Serial Number YDO4HOSE; a Sandisk Thumb Drive, Serial Number BM2007581594.

4.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
for Terry B. Livanos
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

WILLIAM DANIEL LEONARD

## INDICTMENT

Violation:

18 U.S.C. § 2422(b)

A true bill,

_____
Foreperson

Filed in open court this 23rd day of __February__, 2022.

_____
Clerk

Bail   $_____

GPO 863 525