UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:22-cr-26-CEM-DAB

**WILLIAM DANIEL LEONARD**

AUSA: Terry Livanos

Defense Attorney: David Haas, Retained

| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **January 18, 2023** 9:38 A.M. 9:40 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Maria Hernandez | REPORTER: | Suzanne Trimble trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 2 Minutes | | |

### CLERK'S MINUTES
### STATUS CONFERENCE

Case called. Appearances taken. Defendant is not present.

The Court addresses matters with both parties.

Status Conference set for Tuesday January 24, 2023, at 9:30 A.M.

Court is adjourned.