UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No: 6:22-cr-26-CEM-DAB**

**WILLIAM DANIEL LEONARD**

_____

AUSA: Terry Livanos

Defense Attorney: David Haas, Retained

| JUDGE: | **CARLOS E. MENDOZA**<br>United States District Judge | DATE AND TIME: | **January 24, 2023**<br>9:25 A.M. – 9:29 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Maria Hernandez | REPORTER: | Suzanne Trimble<br>trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 4 Minutes | | |

## CLERK'S MINUTES
## STATUS CONFERENCE

Case called. Appearances taken. Defendant is not present.

The Court addresses matters with both parties.

Ore Tenus Motion to Continue by defense counsel. The motion is granted by Endorsed Order.

Status Conference set for Thursday February 16, 2023 at 9:30 A.M.

Court is adjourned.