UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:22-cr-26-CEM-DAB

**WILLIAM DANIEL LEONARD**

AUSA: Megan Testerman on behalf of Terry Livanos

Defense Attorney: David Haas, Retained

| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **July 17, 2023** 9:39 A.M. – 9:42 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Maria Hernandez | REPORTER: | Suzanne Trimble trimblecourtreporter@outlook.com |
| INTERPRETER: | None | PRETRIAL/PROB: | None |
| TOTAL TIME | 3 Minutes | | |

## CLERK'S MINUTES
## STATUS CONFERENCE

Case called. Appearances taken.

Ore Tenus Motion to Continue Trial by Defense Counsel. The Court grants the Motion by Endorsed Order.
After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today 07/17/2023 until and including 11/30/2023, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Status Conference is set for October 19, 2023, at 9:30 A.M.

Jury Trial set for the November 2023 trial term.

Court is adjourned.