# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                                      CASE NO: 6:22-cr-26-CEM-RMN

**WILLIAM DANIEL LEONARD**

AUSA: Terry Basil Livanos

Defense Attorney: David Hass, Retained Counsel

| JUDGE: | **ROBERT M. NORWAY**<br>United States Magistrate Judge | DATE AND TIME: | **July 19, 2023**<br>10:32 A.M.-10:56 A.M. |
|---|---|---|---|
| Courtroom: | 3C | TOTAL TIME: | 33 minutes |
| DEPUTY CLERK: | LaDarrius Jernigan | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
### Motion to Withdraw Hearing (Doc. 113)

Case called, appearances made, procedural setting by the Court.
Defense counsel briefs the court on status of the case.
Government has no objection to the motion and was excused from the hearing.
Court conducted an in-camera inquiry.
Counsel addressed the motion.
Government returns to the hearing on public record.
Court takes the matter under advisement.
Court adjourned.