UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                          Case No: 6:22-cr-26-CEM-DAB

**WILLIAM DANIEL LEONARD**

AUSA: Terry Livanos

Defense Attorney: David Haas, Retained

| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **July 24, 2023** 9:59 A.M. – 10:04 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Keitra Davis | REPORTER: | Suzanne Trimble trimblecourtreporter@outlook.com |
| INTERPRETER: | None | PRETRIAL/PROB: | None |
| TOTAL TIME | 5 Minutes | | |

### CLERK'S MINUTES
### STATUS CONFERENCE

Case called. Appearances taken. Defendant sworn.

The Court addresses the motion filed **(Doc. 113)** with both parties.

Defendant's Motion to Withdraw is granted. Order to follow.

CJA appointed by the Court.

Telephone conference to be set for Monday, July 31, 2023 by separate notice.

Court is adjourned.