UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:22-cr-26-CEM-DAB

**WILLIAM DANIEL LEONARD**

AUSA: Terry Livanos, Stephanie McNeff.

Defense Attorney: Charles E. Taylor Jr., Criminal Justice Act

| JUDGE: | **CARLOS E. MENDOZA**<br>United States District Judge | DATE AND TIME: | **September 19, 2023**<br>11:30 A.M. – 11:33 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Maria Hernandez | REPORTER: | Suzanne Trimble<br>trimblecourtreporter@outlook.com |
| INTERPRETER: | None | PRETRIAL/PROB: | None |
| TOTAL TIME | 3 Minutes | | |

### CLERK'S MINUTES
### FINAL PRETRIAL CONFERENCE

Case called. Appearances taken.

The Court addresses trial matters with both parties.

Court is adjourned.