UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.                                                                  Case No: 6:22-cr-26-CEM-RMN

WILLIAM DANIEL LEONARD

Defendant.
_____/

**VERDICT**

**Count One**

As to the offense of attempted enticement of a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b), as charged in Count One of the Indictment, we, the members of the Jury, find the Defendant:

_____✓_____ GUILTY            _____ NOT GUILTY

SO SAY WE ALL



Foreperson Signature            Date  Oct 12, 2023

Print Name

Page 1 of 1