1
2

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

3

4    **UNITED STATES OF AMERICA,**

5         Plaintiff,

6    v.

7

8    **WILLIAM DANIEL LEONARD,**

9         Defendant.

10

: 
: 
: 
: 
:    Case No.:
:    6:22-cr-26-CEM-RMN
: 
:    Orlando, Florida
:    October 12, 2023
:    EXCERPT
: 
: 
: 
: 

11        **TRANSCRIPT OF JURY TRIAL VOLUME 2 - EXCERPT**
              **OF WILLIAM DANIEL LEONARD TESTIMONY**
12        **BEFORE THE HONORABLE CARLOS E. MENDOZA**
                 **UNITED STATES DISTRICT JUDGE**
13   APPEARANCES:

14   For the Plaintiff:          Stephanie A. McNeff
                                 Amanda S. Daniels
15                               U.S. Attorney's Office
                                 400 West Washington Street
16                               Suite 3100
                                 Orlando, Florida 32801
17
     For the Defendant:         Charles E. Taylor Jr.
18                               37 N. Orange Avenue
                                 Suite 500
19                               Orlando, Florida 32801

20

     Proceedings recorded by real-time mechanical stenography.
21   Transcript produced by computer-aided transcription.

22                          Reported by:
                    Suzanne L. Trimble, RPR, WACCR, CRR
23                    U.S. Official Court Reporter
                (407) 900-8775 | trimblecourtreporter@outlook.com
24    401 West Central Boulevard, Suite 4600, Orlando, Florida 32801

25

1                           T A B L E   O F   C O N T E N T S

2       PROCEEDINGS                                              PAGE

3                              October 12, 2023

4

5       CALLED BY DEFENDANT

6       WILLIAM LEONARD
              Direct Examination By Mr. Taylor ...................3
7             Cross-Examination By Ms. McNeff ...................17
              Redirect Examination By Mr. Taylor ................31
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*WILLIAM LEONARD | DIRECT*                                                    3

1                              EXCERPT OF PROCEEDINGS

2              **THE COURTROOM DEPUTY:**  Mr. Leonard, please come

3      forward to be sworn.  Please raise your right hand.

4          (WILLIAM LEONARD, witness sworn.)

5              **THE DEFENDANT:**  I do.

6              **THE COURTROOM DEPUTY:**  Please have a seat in the

7      witness box.

8              **THE COURT:**  Okay.  Sir, once seated, please make

9      yourself comfortable with the chair's proximity to the

10     microphone and then please state your full name.

11             **THE DEFENDANT:**  William Daniel Leonard.

12             **THE COURT:**  Your witness.

13         **MR. TAYLOR:**  Thank you, Your Honor.

14                            **DIRECT EXAMINATION**

15     BY MR. TAYLOR:

16     **Q.**  Good morning, Mr. Leonard.

17     **A.**  Good morning.

18     **Q.**  I see you have something in your ears.  What is that?

19     **A.**  A hearing assistance device.

20     **Q.**  Can you speak into the microphone or pull the microphone

21     closer to you or move up closer to the microphone?

22     **A.**  It's a hearing assistance device.

23     **Q.**  And why are you wearing that?

24     **A.**  Because I have hearing problems.  I have hearing --

25     noises -- ringing in the ears.  And I have hearing loss in both

*WILLIAM LEONARD | DIRECT*                                                  4

1    ears.

2    **Q.**  How long have you had that ringing and hearing loss?

3    **A.**  The better part of 30 years.

4    **Q.**  Did you have that hearing loss while your -- well, let me

5    back up.

6        What is white matter disease?

7    **A.**  It's a degradation of part of the brain that affects memory

8    and can cause -- cause you to start to have -- I'm trying to

9    think of the right words.  Issues that you get with it is

10   trying to have -- I'm sorry.  I can't think.  That's one of the

11   problems with it.  It starts -- it's also stress.  It starts to

12   affect memory and recall of words.

13   **Q.**  Do you have white matter disease?

14   **A.**  Yes.

15   **Q.**  How does that affect you?

16   **A.**  It affects my memory, affects my recall of words.  It

17   affects -- and it will eventually cause me to have -- well,

18   there it goes with trying to recall words again.  It will cause

19   me to be -- to have -- it will eventually degrade my brain to

20   the point where I just won't have any -- I can't think of the

21   word again.  Sorry.

22   **Q.**  Okay.  We'll move on.

23   **A.**  Yeah.

24   **Q.**  Were you in the military?

25   **A.**  Yes.

*WILLIAM LEONARD | DIRECT*

1    **Q.**  What branch?

2    **A.**  Army.

3    **Q.**  How long were you in the military?

4    **A.**  For three years.

5    **Q.**  Were you honorably discharged?

6    **A.**  Yes.

7    **Q.**  Do you suffer from PTSD?

8    **A.**  Yes.

9    **Q.**  Could you please explain?

10    **A.**  Yes.  Technically, it's considered complex PTSD because

11    it's -- I suffered multiple incidents of PTSD.  I have had

12    incidents of when I was -- of PTSD from when I was a child, of

13    when I was a teenager, and several, several times when I was in

14    the military.

15    **Q.**  Could you be more specific?  What happened when you were

16    younger, before the military?

17    **A.**  I watched -- I had to watch -- as a child, I had to watch

18    my father beat my mother and was unable to do anything about

19    it.  I watched when I was a teenager once when my father came

20    over to where we were living, my mother brought a rifle out to

21    try to scare him off.  He took it from them.  He put it against

22    her head and pulled the trigger.  She was the only one that

23    knew that there wasn't a round in there.

24    **Q.**  You indicated that you had PTSD from the military as well.

25    Could you please explain what happened in the military?

*WILLIAM LEONARD | DIRECT*                                              6

1   **A.**   A fellow service member, one who was a fellow service

2   member, decided to beat me in my face until I had to have

3   reconstructive surgery, and this entire side of my face was --

4   this entire bone was broke to the point that I had to have

5   reconstructive surgery to put it back together again.

6       And then another was when we was in Panama going after

7   Noriega.  There were things that happened down there that I'm

8   still not technically supposed to talk about because we were

9   all made to sign nondisclosure forms.

10  **Q.**   Well, I don't want you to talk about that if you can't.

11      Mr. Leonard, what type of classes were you in when you were

12  growing up?

13  **A.**   I was in special ed classes, actually autistic.

14      **THE COURT:**  Mr. Taylor, if you would be kind enough to

15  go sidebar, briefly.  I just have a brief matter I need to

16  discuss with you and opposing counsel.

17      (At sidebar on the record.)

18      **THE COURT:**  Can the Government hear me?  I need you to

19  answer audibly.

20      **MS. McNEFF:**  Hello.

21      **THE COURT:**  I'm perfectly willing to let this go on,

22  especially since the Government has some sort of position

23  against objecting to anything, but I want you to explain to me

24  how putting on a mitigation case to try to gain sympathy from

25  the jury is appropriate.  He's going into specific instances of

1    experiences that he had from childhood that I think have no

2    relevance to this direct examination.  I'm giving you some

3    leeway, but this is going off the rails.

4         **MR. TAYLOR:**  I understand, Your Honor.  He suffers

5    from PTSD.

6         **THE COURT:**  He's testified to that.  But suffering

7    from PTSD is different than himself diagnosing on direct

8    examination and testifying about very specific experiences he

9    had:  The gun thing, getting beat up in the military.

10         I mean, if you have some theory of admissibility, I

11   would like to hear it, but I don't think this is permissible.

12        **MR. TAYLOR:**  I understand, Your Honor.  I just didn't

13   want the Government -- because I know the Government is going

14   to cross.  So I don't want the Government to say, Well, he's

15   not telling the truth in regards to his PTSD symptoms.

16        **THE COURT:**  Well, I mean, I understand.  I mean, I

17   don't know that --

18        **MR. TAYLOR:**  That's the reason, Your Honor.

19        **THE COURT:**  I understand, but I don't know that -- I

20   understand.  There are just stacks of problems here.

21        I mean, in a perfect world there's an expert

22   testifying to that with an expert report.

23        I'm trying to give you some leeway, but this is --

24   again, the jury is not supposed to make a decision on whether

25   or not someone committed an offense because they feel sorry for

*WILLIAM LEONARD | DIRECT*

1    him, and that's the only reason I can surmise this testimony is

2    being elicited.

3              Okay.  Feel free to proceed.

4         (End of discussion at sidebar.)

5              **THE COURT:**  All right.  I got the thumbs up signal.

6    Thank you.  And I would invite you to continue.

7              **MR. TAYLOR:**  Thank you.

8    **BY MR. TAYLOR:**

9    **Q.**  Mr. Leonard, do you take medication?

10   **A.**  Yes.  I take more than a dozen medications at this point.

11   **Q.**  Okay.

12   **A.**  For diabetes, for anxiety, for pain, for depression.

13   **Q.**  Okay.  Now, Mr. Leonard, let's go back to the area during

14   the pandemic or before -- slightly after.  Were you in

15   counseling?

16   **A.**  Yes, at the VA.

17   **Q.**  Okay.  What VA were you in counseling at?

18   **A.**  Perry Point, Maryland.

19   **Q.**  And what were you in counseling for?

20   **A.**  PTSD, which was for depression, anxiety, and for the

21   subsequent effects of PTSD.

22   **Q.**  Okay.  At some point, were you forced to stop counseling?

23   **A.**  Once the pandemic --

24   **Q.**  Answer the question first.

25   **A.**  Yes, yes.

*WILLIAM LEONARD | DIRECT*

1    **Q.**  And please explain.

2    **A.**  Once the pandemic started, the VA shut down all outpatient

3    services and so that just left me, you know, without any

4    counseling services at all.

5    **Q.**  Okay.  So what did you do when the VA got shut down?

6    **A.**  I kind of just started spiraling downward because I was

7    left completely alone.

8    **Q.**  Did you try to reach out to anyone?

9    **A.**  I started trying to reach out.

10   **Q.**  Did you try?

11   **A.**  Yes, yes.

12   **Q.**  Okay.  Who did you try to reach out to?

13   **A.**  I started trying to reach out to any -- I tried to start

14   reaching out on the Internet to different social sites, on the

15   websites, on clear web.  At first I tried -- you know, I lost

16   track how many sites I tried, and they were all the same.  I

17   just couldn't keep up with most of the sites because they just

18   move so fast and --

19   **Q.**  What do you mean when "they move so fast"?

20   **A.**  Most of the sites have a scrolling feature, where when you

21   get on them, they just kind of scroll down and you just have to

22   read them and respond as they scroll down, and because of my

23   mental issues, I just -- I just couldn't keep up with them.

24   **Q.**  Okay.  So what happened after that?  Did you get depressed?

25   **A.**  I became even more depressed and more despondent and then,

1   of course, if you misspell something, people are just so cruel

2   about -- about it, and I tried site after site, tried to find

3   somebody, and I just kept going and going trying to find

4   someone that would -- that would talk to me.

5   **Q.**   Okay.  At some point, you reached out to who we now know

6   was an agent in this case.  Could you please explain what

7   happened at that point?

8   **A.**   That time, I was just so -- I was just so depressed.  I was

9   just so, so unbelievably anxious, so unbelievably wanting

10  somebody, anybody, just somebody to pay me attention.  I was

11  just so -- so I -- when I finally -- I was just going over the

12  top trying to get somebody to respond to me.

13  **Q.**   What do you mean when you say you were "going over the

14  top"?

15  **A.**   Saying things, just so -- just trying to -- I was making my

16  responses just so far over -- over -- overboard.  I mean, I was

17  just saying things so far overboard, just to make sure that

18  they would say, Okay, yeah.  There we go.  There's somebody

19  that would be worth talking to, you know.

20  **Q.**   Were you having thoughts of suicide at that point?

21  **A.**   Yes.  I had already attempted suicide.  I tried to starve

22  myself to death.

23  **Q.**   Let's move to when you contacted who we now know was an

24  agent in this case.  At some point, he sent you a picture,

25  correct?

1    **A.**   Yes.

2    **Q.**   And what did you think when you saw that picture?

3    **A.**   As soon as I saw the picture of him with the tattoos and

4    the long hair, I automatically thought that that -- it

5    automatically came up with a thought that that would be the

6    person -- that would be the person to help me end my life, to

7    end the pain and the nightmares.

8    **Q.**   Why would you think that he would be the person to do that?

9    **A.**   Just because of the look that he had, the tattoos, the

10   really rough and gruff look that he had.  It just looked like

11   the person that you could convince to do that, you know, with

12   the right money and the right -- you know, with the right money

13   and the right -- the right persuasion, you could probably

14   convince or buy them into, you know, ending your life.

15   **Q.**   Well, you sat here during trial and saw the Government's

16   case, right?

17   **A.**   Yes.

18   **Q.**   Okay.  Now, there were no communications between you and

19   the agent about you ending your life.  Why is that?

20   **A.**   I was afraid if I said anything like that, he would just

21   too quickly just say, No, and then stop -- to stop talking,

22   because it's just too easy when someone is talking to you on

23   the computer just to stop talking to you.

24   **Q.**   Okay.  Had that happened to you in the past, that they

25   stopped talking to you?

*WILLIAM LEONARD | DIRECT*

1  **A.**  Way too often everybody just stopped talking to me.

2  **Q.**  And were you looking for someone to talk to you?

3  **A.**  I just wanted -- yeah, I just wanted someone to talk to me.

4  At that point, I just wanted someone to do something to end the

5  pain.  I just wanted the pain to stop.  I even want it now.  I

6  just want the pain to stop.

7  **Q.**  Now, we also heard and saw communications between yourself

8  and who we now know is an agent about this alleged female minor

9  who we know does not exist now.

10  Why did you say the things that you said in those messages?

11  **A.**  I was saying anything -- I was saying anything and

12  everything and whatever I needed -- whatever I thought I needed

13  to say, just to be able to get in his presence, just so I could

14  get in his presence so I could then try to convince him or

15  bribe him or whatever I needed to do to get him to help me end

16  my life.  And when I say "help," I mean to actually get him to

17  do it for me because I just couldn't do it myself.  There was

18  just something in me that just wouldn't let me do it.  I tried

19  and I wanted to do it so much, but I just couldn't do it.  I

20  just couldn't do it myself.

21  **Q.**  Okay.  Let me ask you about the day that you drove down.

22  When you pulled in the car, did you hear the music on the audio

23  system?

24  **A.**  Yes.

25  **Q.**  Okay.  It was loud music, right?

*WILLIAM LEONARD | DIRECT*

13

1  **A.**  Yes.

2  **Q.**  Why did you have loud music?

3  **A.**  Because of my hearing loss.  That's how I have -- that's

4  what I always play.  Of course, I like the music loud, but I

5  have to listen to it loud anymore, because, especially when I'm

6  on the road driving, it's what I like.

7  **Q.**  During the Government's case, they played a clip where the

8  agent asked you, "Do you want to fuck my little girl?"  Did you

9  hear the agent say that?

10  **A.**  No.  Most of the time, you know, with the hearing loss --

11  but half the time, I don't hear most of what people say.  I'm

12  just so used to not hearing what people say.  I just hear [sic]

13  their mouth moving and sound come out.  People have a -- most

14  people talk with their hands to start with, so when they make a

15  physical sound of -- physical movements have come on, I just

16  respond to what they're saying with their hands, because I'm

17  just so used to doing it because I'm just so tired of saying,

18  yeah, Excuse me, Repeat yourself, Excuse me.

19  **Q.**  Now, when the agent said -- now we know that's what he

20  said, was he doing anything with his head?

21  **A.**  Yeah.  He was responding -- he was talking with his hands

22  and with his head saying, you know, Come on, with his hands or

23  head, like most people they always talk, with using their body

24  language, and that's what I was responding to.

25  **Q.**  Was he shaking his head yes, when he asked you that, now

1   that you know that's what was said?

2   **A.**   Yeah.  Yeah.  He was using his head to say -- you know,

3   using his head to say, Come on, and that's what I was

4   responding to because I --

5   **Q.**   Now let's talk about the picture of who we now know was an

6   adult posing as a minor.  Did you really think that that person

7   in that picture was a minor or an adult?

8   **A.**   After I studied it, I knew it was an adult because there's

9   the things that you cannot disguise, and that's the hands and

10  feet.  Hands and feet always tell the difference.  I've been an

11  amateur photographer my entire life, since I was 14.  I've

12  studied -- so I studied that picture very, very closely, and I

13  studied those particular elements very, very closely, and I

14  blew it up as far as you probably can.  You cannot -- you

15  cannot disguise those elements, and those --

16  **Q.**   Did you think he was trying to fool you?

17  **A.**   Yeah.  I thought they were just playing, you know, their

18  own particular game of, Hey, this is just -- this is my girl.

19  Well, people call "girl," you know, 40-year-old women "girl."

20  So that doesn't prove anything.

21  **Q.**   Did he refer to her as his daughter?

22  **A.**   Not once.  That's what I tried to get him to do that.  I

23  was playing word games to try to see if he would ever use those

24  terms himself, and he would never once use that term himself.

25  **Q.**   And why were you trying to get him to do that?

*WILLIAM LEONARD | DIRECT*

1   **A.**   To find out is that truly his daughter or is that just his

2   girl, as in, "my old woman" or some other term, as in just his

3   woman that he's just playing -- they're just playing some kind

4   of game with.

5   **Q.**   Okay.  Now, we also heard a statement that you gave to the

6   officers.  Did you see that or hear that?

7   **A.**   Yes.

8   **Q.**   Okay.  When you were there, did you consider the officer an

9   authority figure?

10   **A.**   Yes.

11   **Q.**   How do you normally respond to authority figures?

12   **A.**   I have -- I have little to no ability to resist telling

13   authority figures whatever it is I feel that they need -- what

14   they want to hear.  It's what I've been programmed since I was

15   very young to do.

16   **Q.**   Is that why you told the officer that you had a gun in the

17   car when you didn't?

18   **A.**   Yes.  They found the magazine in the car, and they started

19   asking me about it, and I just -- I just couldn't help but to

20   go with it.  It started when I was very, very young.

21   **Q.**   Is that why you told the officers about the alleged

22   juvenile that doesn't exist?

23   **A.**   Yes.

24   **Q.**   That she was supposed to come to Florida?

25   **A.**   Yes.

*WILLIAM LEONARD | DIRECT*

1    **Q.**  Is that why you told all the officers everything you did

2    that day?

3    **A.**  Yes, that and also the fact that I had -- I had almost no

4    sleep in those few days, and I was rather -- almost no sleep

5    and almost no food for several days and had almost tried to

6    starve myself just a few days before and I was --

7    **Q.**  But there is a receipt from a Denny's, right?

8    **A.**  Yeah.  And I had just started eating again, but still, I

9    mean, I had just barely eaten.

10   **Q.**  Now let's talk about this alleged other minor.  Did you

11   ever see this person?

12   **A.**  No.

13   **Q.**  Did you ever meet this person?

14   **A.**  No.

15   **Q.**  There were condoms that were in your vehicle.  How long

16   were those condoms in your vehicle?

17   **A.**  For several years.

18   **Q.**  Were they opened?

19   **A.**  No.

20   **Q.**  Where were they specifically?

21   **A.**  In a bag, a backpack.

22   **Q.**  Okay.  And why were they in a backpack?

23   **A.**  I had put them there, like I said, several years ago, when

24   I had -- when I had went to a rock concert in Virginia.

25   **Q.**  And did you ever take them out of the truck?

*WILLIAM LEONARD | CROSS*                                    17

1    **A.**  No.

2    **Q.**  What was the reason you came down -- what was your intent

3    when you came down to Florida?

4    **A.**  To meet the gentleman in that picture and to convince him

5    to end my life for me, to end my pain, my suffering.

6              **MR. TAYLOR:**  No further questions.

7              **THE COURT:**  Thank you, Mr. Taylor.  Cross-examination.

8              **MS. McNEFF:**  Yes, Your Honor.

9                          **CROSS-EXAMINATION**

10   **BY MS. McNEFF:**

11   **Q.**  Mr. Williams, [sic] I want to go through a little bit of

12   background here.  So magnumxl@onionmail.org, that's your email

13   address, correct?

14   **A.**  It was.

15   **Q.**  You created that email address?

16   **A.**  Yes.

17   **Q.**  All right.  And you often go by Bill; is that correct?

18   **A.**  Yes.

19   **Q.**  Mecharaven, m-e-c-h-a-r-a-v-e-n, @protonmail.com, was that

20   also your email address?

21   **A.**  I think so.

22   **Q.**  And you sent those emails, yesterday that we reviewed, to

23   Mark, correct?

24   **A.**  Yes.

25   **Q.**  And you used magnumxl as your username on society.com,

1   correct?

2   **A.**   I'm sorry.  Repeat that, please.

3   **Q.**   The username magnumxl?

4   **A.**   Yes.

5   **Q.**   Did you use that on society.com as your profile?

6   **A.**   Yes.

7   **Q.**   And you traveled from your residence in Maryland to Florida

8   to meet Mark around December 5th, 2021, correct?

9   **A.**   Yes.

10  **Q.**   And you know that trying to entice or coerce a minor to

11  have sex is a crime, correct?

12  **A.**   Yes.

13  **Q.**   Now, we sat through an hour or so of testimony yesterday

14  where we read all of your emails and text messages with Mark,

15  correct?

16  **A.**   Yes.

17  **Q.**   I don't recall seeing, and let me know if I missed it,

18  where you told Mark that you wanted him to help you commit

19  suicide.  Did you say that?

20  **A.**   Like I said, I didn't.  I wasn't going to say that until I

21  got here.

22  **Q.**   And you didn't even mention the topic of suicide with Mark

23  ever, correct?

24  **A.**   Like I said, I wasn't going to say that until I got here

25  because I was afraid that he would just stop talking to me

1    completely.

2    **Q.**  You didn't even mention to Mark just his thoughts on

3    suicide, correct?

4    **A.**  I was too afraid to even bring it up.  I tried to -- tried

5    to breach the -- I tried in a passive way on some of the things

6    to try to say I was very depressed, but I'm just too passive of

7    a person to really bring up the subject.

8    **Q.**  Okay.  Well, you didn't ever ask Mark if he owned any guns,

9    correct?

10   **A.**  You don't need a gun to end somebody's life.

11   **Q.**  Okay.  But you didn't ask, correct?

12   **A.**  No.

13   **Q.**  And you never asked Mark if he had a criminal history,

14   correct?

15   **A.**  No.

16   **Q.**  You never asked Mark if he was violent at all?

17   **A.**  I just made an assumption.

18   **Q.**  Okay.  So you planned to travel over two to three days from

19   your home in Maryland to Florida to ask a complete stranger to

20   help you commit suicide based on a photo?

21   **A.**  On a photo and assumption of that photo.

22   **Q.**  Now, on direct you said that those unopened boxes of Magnum

23   XL condoms in your car had been there for several years,

24   correct?

25   **A.**  Yes.

1    **Q.**  But didn't you also state in some of your emails that you

2    hadn't had sex for 10 years?

3    **A.**  Right, which is why they're still unopened.

4    **Q.**  Okay.  So your intention was to bring old condoms after

5    having a conversation about having sex with a 13-year-old girl,

6    correct?

7    **A.**  Never said that I believed she was 13.

8    **Q.**  Okay.  So as we sit here today, your testimony is you

9    typing out, "I'm excited to have sex with a 13-year-old," or

10   "It sounds fucking great," that's not your intention?  That's

11   what your testimony is?

12   **A.**  That's just being -- that's just BSing.

13         **MS. McNEFF:**  Okay.  Ms. Valente, can you bring up

14   Exhibit 3EE, and can you highlight the "protected of course"?

15      (The above-referenced exhibit was published.)

16   **BY MS. McNEFF:**

17   **Q.**  I'm showing you Government's Exhibit 3EE.  Isn't it true

18   that you brought the condoms to have sex, and I quote,

19   "protected of course," with 16-year-old Angela in Florida?

20   **A.**  Like I said, I was writing whatever I thought was

21   necessary, anything and everything I thought was necessary to

22   get him to let me into his -- I mean, I was just in a

23   completely delusional state writing whatever I thought was

24   necessary.

25   **Q.**  And so it's your testimony that you felt it was necessary

1   to bring up this whole new 16-year-old person to Mark in order

2   to let him have you meet his daughter?

3   **A.**  I wasn't trying to meet the daughter.  I was just trying to

4   meet him.

5   **Q.**  Okay.  So it's your testimony that he wouldn't have let you

6   meet him unless you brought up Angela?

7   **A.**  It was just -- I was already in a state where I was having

8   delusions.  I was having delusions of an animal that -- my dog

9   that had died.  She was getting -- I was having delusions of

10  her getting up on the bed.  I was having delusions of --

11  **Q.**  Mr. --

12  **A.**  I was having delusions.

13  **Q.**  We'll move on from that.  Thank you.

14      Now, didn't you say in your interview with Agent Harrison

15  that you brought the condoms because you have to have an extra

16  large size?

17  **A.**  That much is true.

18  **Q.**  Okay.  You were speaking to Angela McClain, correct?

19  **A.**  No.

20  **Q.**  You were trying to fly Angela McClain from Louisiana to

21  Florida in December of 2021, correct?

22  **A.**  No.

23  **Q.**  And you said you wanted to have a threesome with Angela

24  McClain and Mark's daughter, correct?

25  **A.**  No.

1    **Q.**  You didn't say you wanted to have a threesome?

2    **A.**  I did.  I said it to him, but it was not a --

3    **Q.**  Thank you, Mr. Williams [sic].

4            **MR. TAYLOR:**  Your Honor, he was trying to answer the

5    question and he was cut off.

6            **THE COURT:**  I'm going to allow her to control her

7    cross.  You will get a redirect.

8            But allow him to finish the answers if the situation

9    requires.  Feel free to proceed.

10   **BY MS. McNEFF:**

11   **Q.**  You traveled from Maryland to Florida with a loaded

12   magazine in your car, correct, a firearm magazine?

13   **A.**  Yes.  It was there.  It had gotten put in the bag by

14   accident from one that I had owned from years ago.  It fell on

15   the floor, and I just accidentally -- I had put it in the bag

16   and forgot that it was there.

17   **Q.**  And you actually usually keep a gun in your photography

18   bag; isn't that correct?

19   **A.**  No.

20   **Q.**  Okay.  So your intention is that you were trying to find

21   someone on the Internet to help you commit suicide, correct?

22   **A.**  No.  It was only when I saw his picture that the delusion

23   formed that it would -- that he would be the person that would

24   help me.  It was just an instant thing that just as soon as I

25   saw his picture, the delusion formed around that picture.

1    **Q.**  So you had an interview with Agent Jody Harrison, correct?

2    **A.**  I don't know that name.

3    **Q.**  You had an interview in this case, correct --

4    **A.**  Yes.

5    **Q.**  -- on December 7, 2021?

6    **A.**  I don't know.  I don't know which date.

7    **Q.**  It's the interview that we previously heard this morning;

8    is that correct?

9    **A.**  Yes.

10   **Q.**  All right.  Now, when talking with the agent afterwards,

11   you didn't tell him that you were there to ask Mark for help to

12   commit suicide, did you?

13   **A.**  Again, no.

14   **Q.**  And you're mentioning that intent here today, correct?

15   **A.**  Yes.

16   **Q.**  In 2023, correct?

17   **A.**  I mentioned it once I got to the jail, and then I tried to

18   tell it because I was --

19   **Q.**  Mr. Williams, I'm asking if you're stating it here today in

20   2023.

21   **A.**  Yes.

22   **Q.**  Which is two years after the incident, correct?

23   **A.**  Like I said, I actually tried to mention it as soon as I

24   got to the jail.

25   **Q.**  Mr. Williams, I'm asking -- it's a yes or no.  Is that

*WILLIAM LEONARD | CROSS*                                            24

1    two years after the incident?

2    **A.**  I'm going to answer it the way I choose to answer it

3    because that's -- because it's the truth.

4    **Q.**  Mr. Williams --

5    **A.**  I mentioned --

6    **Q.**  -- I'm asking a yes-or-no question, and I would ask that

7    you respond as such.

8    **A.**  I'm going to answer it the way I choose to answer it

9    because it's the truth.

10           **MS. McNEFF:**  Your Honor --

11           **THE WITNESS:**  It does --

12           **MS. McNEFF:**  I would move to strike.

13           **THE COURT:**  All right.  I'm going to step in.  Enough.

14           This is two years after the incident, correct, yes or

15    no?

16           **THE WITNESS:**  I'm trying to answer it in the truth.  I

17    tried to --

18           **THE COURT:**  Is this two years after the incident, yes

19    or no?

20           **THE WITNESS:**  Yes and no, because I tried to -- I

21    tried to insert it as soon as --

22           **THE COURT:**  All right.

23           **THE WITNESS:**  -- I got to the jailhouse.  As soon as

24    they took me to jail, I tried to tell them then.

25           **THE COURT:**  All right.  Ladies and gentlemen of the

1    jury, we're going to take a brief five-minute recess while we

2    clear up some issues, and we will get back moving forward

3    expeditiously.  I appreciate your patience on this.

4         If you would be kind enough to place your pads and

5    pens facedown on your chairs.  We'll have you back in just a

6    moment.

7         **THE COURTROOM SECURITY OFFICER:**  All rise for the

8    jury.

9         (Jury out at 11:02 a.m.)

10        **THE COURT:**  All right.  Please be seated, everyone.

11        I would advise the Government that I think you

12   probably have the name logged in your head because the first

13   name is William.  It's not Mr. Williams.  It's Mr. Leonard.

14        **MS. McNEFF:**  I'm sorry.

15        **THE COURT:**  So let's get something clear.  When I

16   instruct you to answer a question, it's a yes-or-no question,

17   that is not an invitation for you to begin a debate with me.

18   If your attorney wants to further elicit an explanation from

19   you, that's fine.  You're here to answer questions, not tell

20   the prosecutor how to ask them.

21        Do you understand me?

22        **THE WITNESS:**  Yes, sir.

23        **THE COURT:**  All right.  Let's take a brief five-minute

24   recess.  If you want to talk to your client during that time,

25   perfectly appropriate.

1          **MR. TAYLOR:**  Yes, Your Honor.

2          **THE COURT:**  And, Mr. Taylor, I will give you some

3    leeway to allow the witness to elaborate on yes-or-no questions

4    that are asked on cross, but it's her cross, and I would say

5    the same thing if you were conducting the cross.

6          All right.  Court's going to stand in recess.  And

7    it's going to be a really short break.  Okay.

8       (Recess at 11:03 a.m. until 11:12 a.m.)

9          **THE COURT:**  Is the United States ready to proceed?

10         **MS. McNEFF:**  Yes, Your Honor.

11         **THE COURT:**  The defense?

12         **MR. TAYLOR:**  Yes, Your Honor.

13         **THE COURT:**  I'm not going to give any sort of

14    instruction.  I'm going to pretend nothing happened.

15         Any objection from the United States?

16         **MS. McNEFF:**  No, Your Honor.

17         **THE COURT:**  Any objection from the defense?

18         **MR. TAYLOR:**  Not at all, Your Honor.

19         **THE COURT:**  All right.  Let's bring them in.

20         **THE COURTROOM SECURITY OFFICER:**  All rise for the

21    jury.

22         **THE DEFENDANT:**  I would like to apologize to you, Your

23    Honor.

24         **THE COURT:**  No need to.

25       (Jury in at 11:12 a.m.)

1          **THE COURT:**  All right.  Welcome back, ladies and

2     gentlemen.  We're going to continue marching forward.

3               I would invite everyone to be seated in the courtroom.

4               And I would invite the United States to continue with

5     their cross-examination.

6     **BY MS. McNEFF:**

7     **Q.**  Mr. Leonard, and I apologize for calling you Mr. William

8     before.  I will make sure I have that correct.

9          Now, you said that during this time you were trying to

10    starve yourself; is that correct?

11    **A.**  Just a little bit before, a few days before I came down

12    here -- about a week before I had attempted to commit suicide

13    by starvation.

14    **Q.**  So that would have been around December 1st; is that

15    correct?

16    **A.**  Somewhere around there.

17    **Q.**  Didn't you stop at a Denny's on November 19th?

18    **A.**  Well, like I said, I attempted it before --

19    **Q.**  Okay.

20    **A.**  -- and I had stopped.

21    **Q.**  And in the emails between you and Mark, didn't you say, "A

22    cookout would be great," you loved steak?

23    **A.**  Again, I was saying whatever.

24    **Q.**  All right.  Didn't you tell Agent Harrison during your

25    interview, the same interview that we listened to earlier this

1   morning, that you had also spoken not just to Angela but to a

2   minor, another minor, who was either 14 or 16, correct?  You

3   said that?

4   **A.**  Yes.

5   **Q.**  And you had said that that minor had stopped talking to

6   you, correct?

7   **A.**  Yes.

8   **Q.**  And you said in the emails to Mark that on November 16th

9   you planned to take a trip to North Carolina the coming week,

10  correct?

11  **A.**  Yes.

12  **Q.**  And you took that trip a few days later, correct?

13  **A.**  Yes.

14  **Q.**  Writing in another email, on November 20th, 2021, at

15  5:00 a.m., you state, "The day was a complete waste," and that

16  you were currently in Jacksonville, North Carolina, correct?

17  **A.**  Yes.

18  **Q.**  And that was a trip -- the trip was a waste because you

19  weren't able to see Alex, the 14-year-old girl, correct?

20  **A.**  Yes.

21  **Q.**  And Alex, the 14-year-old girl, is the minor that you had

22  sexual conversations with in 2021, correct?

23  **A.**  We just had conversations.

24  **Q.**  Isn't it true that you pressured the 14-year-old girl into

25  sending nudes of herself for you?

1   **A.**  No.  I never pressured her to ever send anything --

2   **Q.**  Okay.

3   **A.**  -- any kind of nudes.

4   **Q.**  Isn't it true that she sent nudes?

5   **A.**  She sent partial --

6   **Q.**  Okay.

7   **A.**  -- but she always kept -- and I never pressured her.  I

8   only wanted regular -- just regular photos.

9   **Q.**  You just wanted regular photos of the 14-year-old girl?

10  **A.**  I was just talking -- well, actually, I started talking to

11  her thinking she was just BS.

12  **Q.**  Okay.  Isn't it true that on November 19th, 2021, at around

13  6:00 p.m. you showed up to Alex's home after deciphering her

14  home address from the metadata in one of those photos she sent

15  you?

16  **A.**  Yes.

17  **Q.**  And isn't it true that you drove your black truck to that

18  14-year-old's home?

19  **A.**  Yes.

20  **Q.**  That you were wearing a beige jacket, a basketball cap, and

21  had a backpack when you approached the door?

22  **A.**  I don't know what I had -- I don't remember what I had --

23  **Q.**  Okay.

24  **A.**  -- with me.

25  **Q.**  Isn't it true that you told this 14-year-old girl that age

1  does not matter, and the legal age limit needs to be lowered?

2  **A.**  I can't recall what --

3  **Q.**  Okay.  Didn't you also tell her that pedophilia was normal

4  to you?

5  **A.**  No.  I was saying it to her because I was trying to help

6  her through something she was going through.

7  **Q.**  Okay.  After the 14-year-old stopped communicating with

8  you, didn't you write and send her a letter to her home

9  address?

10  **A.**  Yes, I did.

11  **Q.**  And you threatened to show her neighbors her nudes if she

12  didn't speak to you, correct?

13  **A.**  Yes, her photos, but now --

14  **Q.**  Didn't you admit to buying a new phone right before you

15  left for Florida?

16  **A.**  I bought it several weeks --

17  **Q.**  Okay.  And didn't you admit that -- or didn't you tell the

18  14-year-old that you had sex with your 16-year-old niece?

19  **A.**  When I was 20 -- again, trying to -- trying to help her

20  through something she had been through.

21  **Q.**  Thank you, Mr. Leonard.  Now, you testified today that you

22  lied to Mark, correct?

23  **A.**  Yes.

24  **Q.**  And you testified that you also lied to Agent Harrison

25  during the interview, correct?

*WILLIAM LEONARD | REDIRECT*                                                 31

1    **A.**  Yes.

2    **Q.**  And yet, your testimony here is that you're not lying

3    today.  You're telling the truth today.  Correct?

4    **A.**  Yes.

5              **MS. McNEFF:**  One moment, Your Honor.  Nothing further.

6              **THE COURT:**  Mr. Taylor, would you like to redirect the

7    witness?

8              **MR. TAYLOR:**  Briefly, Your Honor.

9                          **REDIRECT EXAMINATION**

10   **BY MR. TAYLOR:**

11   **Q.**  Mr. Leonard, could you please tell the jury why you didn't

12   tell, who we now know who is an agent, why you didn't tell him

13   beforehand that you wanted his assistance in helping you end

14   your life?

15   **A.**  As I said, I was completely terrified that he would just

16   simply stop talking to me, stop communicating with me

17   completely, just cut off all communications.

18   **Q.**  Okay.  There are no communications in your phone about a

19   threesome with this other alleged individual, is there?

20   **A.**  No.

21   **Q.**  There isn't any communications in your phone about a hotel

22   canceling your reservation, correct?

23   **A.**  No.

24   **Q.**  Because that didn't happen, correct, that was something you

25   just said, correct?

1    **A.**  There is -- they did find papers canceling it, because I

2    did have plans on having a place to stop to stay for a little

3    bit.  But it had nothing to do with anyone else.  I had just a

4    plan for me because driving is absolute utterly excruciating

5    because of my back injuries.

6    **Q.**  Okay.  Why did you feel the need to say those -- and when I

7    say "those things," I'm talking about everything that we heard

8    during this trial.  Why did you feel the need to say those

9    things to the agent?

10   **A.**  Like I said, I have been programmed from very young -- and

11   when I say "programmed," I mean programmed -- to tell people --

12   bullies, whatever, it is I feel -- and people in charge,

13   whatever it is I feel they want to hear.

14   **Q.**  Okay.  Now, that's when you knew he was an agent.  I'm

15   talking about before that day.

16   **A.**  Oh, before I was -- just I was in a state where I was just

17   trying to get him to let me in his presence, and I was just

18   saying whatever -- anything and everything in the state that I

19   could think of -- anything and everything I could think of that

20   would make him want to let me in his presence because he was

21   going on about, you know, his own -- his -- he had started his

22   own little story about what he wanted.  So I was making sure I

23   went on with that story as big and as bright and as bold as I

24   could and as grand of a -- grandiose as I possibly could so

25   that he would have no reason in the world to not want to let me

*WILLIAM LEONARD | REDIRECT*                                    33

1    into his presence at all.  I mean, I went with that story as

2    grand of a story as I could to get him to want me into his

3    life.

4            **MR. TAYLOR:**  Thank you.  No further questions, Judge.

5            (WHEREUPON, this excerpt was concluded.)

6                        *       *       *

7                    **CERTIFICATE OF REPORTER**

8    I certify that the foregoing is a correct transcript of the
     record of proceedings in the above-titled matter.

9

10   s/Suzanne L. Trimble_____      12/20/23
     Suzanne L. Trimble, RPR, WACCR, CRR       Date
11   U.S. Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25