UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  **Case No: 6:22-cr-26-CEM-RMN-1**

**WILLIAM DANIEL LEONARD**

AUSA: Stephanie McNeff, Amanda Daniels

Defense Attorney: Charles E. Taylor, Jr.- Criminal Justice Act

| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: | **May 1, 2024** 9:33A.M.-9:39A.M. 9:40A.M.-10:03A.M. 10:17A.M.-10:27A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | REPORTER: | Suzanne Trimble trimblecourtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | Jennifer Trittipo |
| TOTAL TIME | **39 MINUTES** | | |

### CLERK'S MINUTES
### SENTENCING

Case called. Appearances taken. Defendant sworn.

Government calls Special Agent Aja Stake as witness, duly sworn, testifies.
Cross examination.

**SENTENCE IMPOSED as to** Count **ONE** of Indictment.

**IMPRISONMENT**: 240 months.

 **The Court makes the following recommendation to the Bureau of Prisons**:
 1. The defendant shall be designated at a facility in or near the state of Maryland for familial proximity.

**SUPERVISED RELEASE**: 15-years.

*Special conditions of supervised release:*

- Defendant shall participate in a mental health treatment program (outpatient and/or inpatient)
- Sex Offender Conditions with Search
- Financial Conditions
- DNA
- The mandatory drug testing requirements of the Violent Crime Control Act are suspended.

**FINE:** Waived.

**FORFEITURE**: assets identified in the Preliminary Order of Forfeiture entered at Doc. 158.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

**JVTA ASSESSMENT**: Not imposed.

**AVAA ASSESSMENT**: Not imposed.

The defendant is remanded to the custody of the United States Marshal.

Defendant advised of right to appeal.

Court is adjourned.